1  RICHARD J. KERN  #083485
   **PARKER, KERN, NARD & WENZEL**
2  1111 E. Herndon Avenue, Suite 202
   Fresno, California  93720
3  Telephone: (559) 449-2558
   Facsimile:  (559) 449-2564
4

5  Attorneys for: Plaintiff PRAETORIAN INSURANCE COMPANY,
              Administered by American All-Risk Loss Administrators
6

7

8                    UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

10
                                    )        CASE NO. 2:10-CV-01501-WBS-DAD
11  PRAETORIAN INSURANCE COMPANY,   )
    ADMINISTERED BY AMERICAN ALL-    )
12  RISK LOSS ADMINISTRATORS,        )        **STIPULATION TO DISMISS AND**
                                    )        **ORDER THEREON**
13              Plaintiff,           )
                                    )
14      v.                          )
                                    )
15  HOME DEPOT U.S.A., INC.          )
                                    )
16              Defendants.          )
                                    )
17  _____)

18      Plaintiff, PRAETORIAN INSURANCE COMPANY, ADMINISTERED BY AMERICAN ALL-

19  RISK LOSS ADMINISTRATORS, by and through its undersigned counsel, and Defendant, HOME

20  DEPOT U.S.A., INC., by and through its undersigned counsel, have met and conferred and hereby

21  stipulate as follows

22      1.      That the above-entitled matter be dismissed with prejudice.

23      2.      That each party bear their own costs and fees.

24      The Stipulation may be signed by the attorneys in counterpart, and by original, photocopy or

25  facsimile signatures.

26  DATED: 10/29/10                   PARKER, KERN, NARD & WENZEL
                                      Professional Corporation
27

28                                     /s/  Richard Kern
                                      _____
                                      RICHARD J. KERN
                                      Attorneys   for   Plaintiff,   PRAETORIAN
                                      INSURANCE   COMPANY,   Administered   by
                                      American All-Risk Loss Administrators

DATED:10/28/10                                          JENKINS GOODMAN NEUMAN & HAMILTON LLP


                                                         /s/   Paige Yeh
                                                        PAIGE P. YEH
                                                        Attorneys for Defendant THE HOME DEPOT
                                                        U.S.A., INC.


                                               ORDER

        On the stipulation and agreement of the parties through their attorneys of record and good cause

appearing therefore,

        IT IS ORDERED that:

        1.       That the above-entitled matter be dismissed with prejudice.

        2.       That each party bear their own costs and fees.


DATED:  November 5, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE